UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSE FERNANDO VELEZ ZAPATA,

Petitioner,

v. Case No.: 2:26-cv-00916-SPC-DNF

GARRETT RIPA *et al.*,

Respondents,
_________________________________/

**OPINION AND ORDER**

Before the Court are Jose Fernando Velez Zapata's Motion to Enforce Judgment (Doc. 16) and the federal government's response (Doc. 17).

Velez Zapata is a noncitizen in immigration detention. The Court granted his habeas petition and ordered the government to bring him before an immigration judge for a bond hearing. On April 20, 2026, an immigration judge denied Velez Zapata's request for release on bond. Velez Zapata argues the bond hearing did not comply with the Court's order. The Court disagrees. Immigration Judge Liviu Lungu issued a bond memorandum to memorialize his findings. It demonstrates he denied bond after considering the evidence and the factors enumerated in *Matter of Guerra*, 24 I&N Dec. 34 (BIA 2006). The proper way to challenge the result of a bond hearing is appeal to the Board

of Immigration Appeals. This Court does not have jurisdiction to review an immigration judge's discretionary bond decision:

> The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole.

8 U.S.C. § 1226(e). Accordingly, Velez Zapata's motion (Doc. 16) is **DENIED**.

**DONE AND ORDERED** in Fort Myers, Florida on August 17, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record